IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

v.

ZACHARIE J. STINSON,

　　　　　Defendant.

8:23CR236

**FINAL ORDER
OF FORFEITURE**

　　This matter is before the Court on the government's Motion for a Final Order of Forfeiture (Filing No. 87). The Court has carefully reviewed the record in this case and finds as follows:

　　1.　On June 20, 2024, the Court entered a Preliminary Order of Forfeiture (Filing No. 81) forfeiting defendant Zacharie J. Stinson's interest in $6,680 in United States currency seized from 5013 N. 129th Street, Omaha, Nebraska, on or about July 24, 2023.

　　2.　A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on June 22, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication (Filing No. 86) was filed in this case on August 22, 2024.

　　3.　The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

　　4.　The government's Motion for Final Order of Forfeiture should be granted.

　　In light of the foregoing,

　　IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 87) is granted.

2. All right, title and interest in and to the $6,680 in United States currency seized on or about July 24, 2023, from 5013 N. 129th Street, Omaha, Nebraska, held by any person or entity are forever barred and foreclosed.

3. The $6,680 in United States currency is forfeited to the government.

4. The government is directed to dispose of that currency in accordance with the law.

Dated this 24th day of September 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge