IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ZACHARIE J. STINSON,

Defendant.

**8:23CR236**

**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION**

The defendant appeared before the Court on October 28, 2026 regarding Amended Petition for Offender Under Supervision [166]. Kelly Steenbock represented the defendant. William Cheatham represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The government made an oral motion to dismiss Petition for Offender Under Supervision [149]. The government's oral motion to dismiss Petition for Offender Under Supervision [149] is granted without objection.

The defendant is being released pending a final dispositional hearing. Therefore, the defendant does not have a right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:30 a.m. on December 9, 2026.

The government did not move for detention. The defendant shall be released on October 29, 2026 on the current terms and conditions of supervision.

**IT IS SO ORDERED**.

Dated this 28th day of October, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge